FILED IN OPEN COURT
U.S.D.C ATLANTA

APR 2 1 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APOLLO E. NIDA | Criminal Information<br><br>No. 1:14-CR-134 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count
### 18 U.S.C. § 1349
### CONSPIRACY TO COMMIT MAIL, WIRE AND BANK FRAUD

1. From on or about August 25, 2009 through on or about September 13, 2013, in the Northern District of Georgia and elsewhere, the defendant, APOLLO E. NIDA, did willfully, knowingly and unlawfully combine, conspire, confederate, agree and have a tacit understanding with G.O.S. and other persons, both known and unknown to the United States Attorney, to commit certain offenses against the United States, to wit:

(a) To devise and intend to devise a scheme and artifice to defraud financial institutions, other companies and individuals, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, causing the U.S. Postal Service and other interstate carriers to be used, and interstate wire communications to be made, in furtherance of said scheme and artifice to defraud, in violation of Title 18, United States Code, Sections 1341, 1343 and 2.

(b) To knowingly execute, and attempt to execute, a scheme and artifice to defraud financial institutions, as defined in Title 18, United States Code, Section 20, including but not limited to, Bank of America, BB&T Bank, Best Bank, Campus USA Credit Union, Digital Federal Credit Union, Georgia's Own Credit Union, JP Morgan Chase Bank, Nationwide Bank, PNC Bank, Regions Bank, State Farm Bank, SunTrust Bank and Wells Fargo Bank, in violation of Title 18, United States Code, Sections 1344 and 2.

2. It was a part of the conspiracy, and the manner and means thereof, for defendant APOLLO E. NIDA, G.O.S. and other conspirators:

(a) To incorporate Georgia entities purporting to be collection agencies, including Onyx Collections & Locators Services, Inc. and Reliance Recovery & Collections Group, Inc., and apply for access to LexisNexis, Microbuilt and Equifax databases in order to obtain unlimited access to the personal identifiers of others;

(b) To rent dozens of mailboxes at UPS Stores in the Northern District of Georgia and elsewhere, under various aliases, including many names of identity theft victims;

(c) To create counterfeit drivers' licenses and other identification documents bearing stolen personal identifiers and the photographs of conspirators;

(d) To apply for and receive unclaimed funds from state governments by impersonating the true owners of same;

(e) To apply for and receive refunds due former homeowners from the U.S. Department of Housing and Urban Development by impersonating the former homeowners;

(f) To purchase checks, including United States Treasury checks, from others, knowing said checks to have been stolen and fraudulently obtained;

(g) To file fraudulent United States income tax returns and obtain refunds using stolen identities;

(h) To create entities purporting to be auto dealerships, including: Acura Carland, Inc., Ferrari Autohaus, Inc., Final Auto Solutions, Inc., Fitzgerald Motors, Inc., Goodwin Automall, Inc., North Point Volvo, Inc., Scarritt Motors, Inc., and Signature Luxury Imports, Inc.;

(i) To create documents and websites falsely appearing to have been produced by legitimate auto dealerships, and present them to lenders, in order to obtain loan approvals;

(j) To apply for loans in the names of stolen identities for fictitious purchases of vehicles from the purported auto dealerships the conspirators created, or real dealerships the conspirators imitated;

(k) To open personal and business accounts at financial institutions in the Northern District of Georgia and elsewhere, using stolen identities as authorized signers, and then use those accounts to negotiate and launder the stolen and fraudulently obtained proceeds described above;

(l) To take over, and attempt to take over, bank accounts belonging to other individuals, by impersonating those individuals and misappropriating the contents of those accounts;

(m) To use the stolen identity of C.O. to rent a UPS mailbox address for Onyx Collections & Locators Services, Inc., and provide that address to both Equifax and LexisNexis; and

(n) To use the stolen identity of M.P., posing as a principal of Reliance Recovery & Collections Group, to sign documents during a site visit in connection with Reliance's application for access to the LexisNexis database, as well as in opening and accessing Reliance's bank accounts.

All in violation of Title 18, United States Code, Section 1349.

### Forfeiture

3. Upon conviction of the offense alleged in this Information, defendant shall forfeit to the United States, pursuant to 18 U.S.C. §982(a)(2)(A), any property constituting or derived from proceeds obtained directly or indirectly as a result of said violation, including, but not limited to, a sum of money in United States Currency, representing the amount of proceeds obtained as a result of the offense.

4. If, as a result of any act or omission of the defendant, such property cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the

United States pursuant to 21 U.S.C. §853(p), as incorporated by 18 U.S.C. §982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All pursuant to 18 U.S.C. §982(a)(2)(A) and (b).

SALLY QUILLIAN YATES
*United States Attorney*

*/s/ Alana R. Black*
ALANA R. BLACK
*Assistant United States Attorney*
Georgia Bar No. 785045
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181