U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C ATLANTA

APR 2 1 2014

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2013R00195)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | | |
|---|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. | 1:14-CR-134 |
| | MAGISTRATE CASE NO. | 1:14-MJ-059-GGB |

Indictment                          X Information                       X Magistrate's Complaint
DATE:                               DATE: April 21, 2014                DATE: January 21, 2014

UNITED STATES OF AMERICA            CRIMINAL INFORMATION
vs.                                 Prior Case Number:
APOLLO E. NIDA                      Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Is the defendant in custody on this charge or other conviction?
Is the defendant awaiting trial on other charges?   Yes   X No
    Other charges:
    Name of institution:
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   X Yes   No
Defendant is released on bond from: NDGA - $25,000 NS bond on January 23, 2014

District Judge:
Magistrate Judge: Justin S. Anand

Attorney: Alana R. Black
Defense Attorney: Thomas D. Bever